UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| JANESE JONES, | ) | CASE NO: 1:20-cv-02689 |
| | ) | |
| Plaintiff, | ) | JUDGE: JAMES S. GWIN |
| | ) | |
| v. | ) | |
| | ) | |
| DANOP, LTD, | ) | |
| | ) | |
| Defendant. | ) | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Janese Jones and Defendant DANOP, LTD d/b/a Mickey Mart (together, the "Parties") by and through their undersigned counsel, hereby stipulate pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that this action be dismissed with prejudice as to all claims, causes of action, and parties. The Parties will each pay their own attorneys' fees, associated expenses, and court costs.

The Court shall retain jurisdiction to enforce the Parties' Settlement Agreement.

Respectfully submitted,

| | |
|---|---|
| */s/ Fred M. Bean  (per email consent)* | */s/ Elizabeth L. Bolduc* |
| Fred M. Bean (00075756) | Mark I. Wallach (Reg. No. 0010948) |
| Brian D. Spitz (0068816) | Email: mwallach@walterhav.com |
| Taurean Shattuck (0097364) | Direct Dial: 216-928-2939 |
| THE SPITZ LAW FIRM, LLC | John N. Neal (Reg. No. 0075355) |
| 25200 Chagrin Boulevard, Suite 200 | Email: jneal@walterhav.com |
| Beachwood, OH 44122 | Direct Dial: 216-619-7866 |
| Fred.Bean@spitzlawfirm.com | Elizabeth L. Bolduc (Reg. No. 0096901) |
| Brian.Spitz@spitzlawfirm.com | Email: Ebolduc@walterhav.com |
| Taurean.shattuck@spitzlawfirm.com | Direct Dial: 216-658-6218 |
| *Attorney for Plaintiff Janese Jones* | |
| | WALTER \| HAVERFIELD LLP |
| | 1301 E. Ninth Street, Suite 3500 |
| | Cleveland, OH  44114 |
| | (PH) 216-781-1212 / (FAX) 216-575-0911 |
| | *Attorneys for Defendants* |

## CERTIFICATE OF SERVICE

A copy of the foregoing *Joint Stipulation of Dismissal with Prejudice* has been served via the Court's Online Filing System this 14th day of June, 2021 to all parties.

*/s/ Elizabeth L. Bolduc*
Elizabeth L. Bolduc

One of the Attorneys for Defendant

{03782001 -2}                     2